**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND** | : | |
| **v.** | : | **C.A. No. 06-300S** |
| **CATHOLIC CEMETERIES** | : | |

**ENTRY OF APPEARANCE**

Now comes Girard R. Visconti of Visconti & Boren Ltd. and hereby enters his appearance on behalf of the defendant, Catholic Cemeteries.

Girard R. Visconti (#0566)
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903
331-3800
421-9302 Fax

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a copy of the foregoing has been furnished by U.S. Mail, postage prepaid, this 17th day of July, 2006 to:

Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903

Susan Marfeo