CA 06 300 S

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND | : | |
| v. | : | C.A. No. 06-3005 |
| CATHOLIC CEMETERIES | : | |

**ANSWER ON BEHALF OF CATHOLIC CEMETERIES**

**COUNT I**

1. Defendant neither admits nor denies the allegations contained in paragraph 1 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

2. Defendant neither admits nor denies the allegations contained in paragraph 2 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

3. Defendant neither admits nor denies the allegations contained in paragraph 3 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

4. Defendant neither admits nor denies the allegations contained in paragraph 4 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

5. Defendant neither admits nor denies the allegations contained in paragraph 5 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

6. Defendant neither admits nor denies the allegations contained in paragraph 6 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

7. Defendant neither admits nor denies the allegations contained in paragraph 7 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

8. Admit.

9. Defendant neither admits nor denies the allegations contained in paragraph 9 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

10. Defendant denies the allegations contained in paragraph 10 of plaintiffs' complaint. Defendant is a Rhode Island corporation located at 80 St. Mary's Drive, Cranston, RI 02920.

11. Defendant neither admits nor denies the allegations contained in paragraph 11 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

12. Defendant admits that it is a party signatory to a collective bargaining agreement with the plaintiff union. Notwithstanding, any contract between the parties speaks for itself.

13. Without admitting or denying paragraph 13, defendant states that said agreement speaks for itself.

14. Defendant denies the allegations contained in paragraph 14 of plaintiffs' complaint.

15. Defendant denies the allegations contained in paragraph 15 of plaintiffs' complaint.

16. Defendant neither admits nor denies the allegations contained in paragraph 16 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

17. Defendant neither admits nor denies the allegations contained in paragraph 17 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

18. Defendant denies the allegations contained in paragraph 18 of plaintiffs' complaint.

19. Defendant neither admits nor denies the allegations contained in paragraph 19 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

WHEREFORE, defendant, Catholic Cemeteries, demands that plaintiffs' complaint be dismissed with prejudice and it awarded costs.

**COUNT II**

Defendant incorporates its responses to paragraphs 1 through 19 of Count One as if set forth in full herein.

1. Without admitting or denying the allegations contained in paragraph 1, defendant states that said agreement speaks for itself.

2. Defendant neither admits nor denies the allegations contained in paragraph 2 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

3. Defendant neither admits nor denies the allegations contained in paragraph 3 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

4. Defendant neither admits nor denies the allegations contained in paragraph 4 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

5. Defendant neither admits nor denies the allegations contained in paragraph 5 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

6. Defendant neither admits nor denies the allegations contained in paragraph 6 of plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

7. Defendant neither admits nor denies the allegations contained in paragraph 7 of

plaintiffs' complaint, but leaves plaintiffs to their proof thereon.

8. Without admitting or denying the allegations contained in paragraph 8, defendant states that said agreement speaks for itself.

9. Defendant is without knowledge as to the allegations contained in paragraph 9, but leaves plaintiffs to their proof thereon.

10. Denied.

WHEREFORE, defendant, Catholic Cemeteries, demands that plaintiffs' complaint be dismissed with prejudice and it awarded costs.

## AFFIRMATIVE DEFENSES

1. Plaintiffs' complaint fails to state a cause of action upon which relief can be granted.

2. Defendant pleads estoppel, waiver and release.

3. Defendant pleads that plaintiffs have unclean hands.

Girard R. Visconti (#0566)
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903
331-3800
421-9302 Fax

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that a copy of the foregoing has been furnished by U.S. Mail, postage prepaid, this 19th day of July, 2006 to:

Peter J. Comerford, Esq.
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903