**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND** | : | |
| **v.** | : | **C.A. No. 06-300S** |
| **CATHOLIC CEMETERIES** | : | |

**PRE-TRIAL CONFERENCE STATEMENT**
**ON BEHALF OF CATHOLIC CEMETERIES, DEFENDANT**

Catholic Cemeteries is asserting no claim in this matter.

The complaint alleges various non-payment by Catholic Cemeteries to the various Plaintiff funds.

Catholic Cemeteries disputes those non-payment items in that the various funds have been informed that the employees and the alleged amounts due are inaccurate.

The parties have met and are meeting to attempt to resolve this accounting problem.

Defendant suggests that discovery be simplified and three (3) months is sufficient.

Respectfully submitted,
CATHOLIC CEMETERIES,
By its Attorneys,

/s/ Girard R. Visconti
Girard R. Visconti (#0566)
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903
331-3800; 421-9302 Fax
E-mail: grv@viscontilaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on this 23rd day of August, 2006, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

**Peter J. Comerford, Esq.**
pcomerfo@coialepore.com

/s/ Girard R. Visconti

**Visconti & Boren Ltd.**
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302
grv@viscontilaw.com