**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **RHODE ISLAND LABORER'S DISTRICT COUNCIL, by and through, TRUSTEES OF THE RHODE ISLAND LABORERS' HEALTH AND WELFARE FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' PENSION FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' TRAINING TRUST FUND, TRUSTEES OF THE RHODE ISLAND LABORERS' LEGAL SERVICES FUND, AND TRUSTEES OF THE RHODE ISLAND CONSTRUCTION INDUSTRY ADVANCEMENT FUND** | : | |
| **v.** | : | **C.A. No. 06-300S** |
| **CATHOLIC CEMETERIES** | : | |

**DISMISSAL STIPULATION**

______The above matter is dismissed with prejudice, no interest, no costs.

PLAINTIFF,
By its Attorneys:

/s/ Peter J. Comerford (#3588)
Coia & Lepore, Ltd.
226 South Main Street
Providence, RI 02903
Tel.: 751-5522
Fax: 331-3758
E-mail: pcomerfo@coialepore.com

DEFENDANT:
By its Attorneys:

/s/ Girard R. Visconti, Esq. (#0566)
Visconti & Boren Ltd.
55 Dorrance Street
Providence, RI 02903
Tel.: 331-3800
Fax: 421-9302
grv@viscontilaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on this 1st day of September, 2006, and is available for viewing and downloading to the ECF registered counsel of record:

Via Electronic Service/ECF:

**Peter J. Comerford, Esq.**
pcomerfo@coialepore.com

/s/ Girard R. Visconti
**Visconti & Boren Ltd.**
55 Dorrance Street
Providence, RI 02903
Tel. No. (401) 331-3800
Fax No. (401) 421-9302
grv@viscontilaw.com